IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY WAYNE GARRIS | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| DONALD T. VAUGHN, ET AL. | : | NO. 02-3794 |
| Respondent | : | |

### **O R D E R**

AND NOW, this     day of March, 2003, upon consideration of Petitioner's "Motion Seeking Judgment on Pleading's (sic)" (Document 7), it is hereby ORDERED that said Motion is DENIED. Contrary to Petitioner's claims, this Court dismissed Petitioner's Petition on November 11, 2002 (Document 6) as a result of Petitioner's failure to comply with this Court's two previous Orders directing Petitioner to split his *Habeas* Petition into two separate claims.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.